# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LORRIE SELBY AND SONIA AGUIRRE, | § | |
| | § | |
| | § | Civil Action No. 4:17-CV-00100 |
| v. | § | (Judge Mazzant/Judge Johnson) |
| | § | |
| LGI HOMES CORPORATE, LLC, | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 20, 2017, the report of the Magistrate Judge (Dkt. #23) was entered containing proposed findings of fact and recommendations that the Joint Motion for Collective Action Certification (Dkt. #22) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the motion (Dkt. #22) is **GRANTED**.

**IT IS SO ORDERED.**
**SIGNED this 8th day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE